CP

8/28/23

No. 23-4311, US v Francis Ford
1:23-cr-00010-LMB-1

To: United States Courts of Appeals For The Fourth Circuit Comes Fourth one Francis Ford who would like To State To the courts That Due To neglect of his councel is writing To see if new councel can be obtained Through The courts because petitioners councel has Failed To keep contact with him in this matter. petitioner would like to know how to handle This matter so his Appeal is not Further Delayed because of ineffective councel.

Thank you,
Francis Ford
Francis Ford 8/28/23



2023 SEP -1 PM 3:17

U.S. COURT OF APPEALS
FOURTH CIRCUIT

Filed: 09 Doc: 20 USCA4 Appeal: 23-4311

Francis E Ford 26036510
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

HARRISBURG PA 171

28 AUG 2023 PM 2 L

FREEDOM

TO UNITS STATES COURT OF APPEALS For The Fourth Circuit
1108 East main Street Suite 501,
Richmond Virginia 23219

RECEIVED
U.S. MARSHALS

23220-375299