RECORD NO. 23-4311

In The

United States Court of Appeals

For The Fourth Circuit

**UNITED STATES OF AMERICA,**
*Plaintiff – Appellee*,

v.

**FRANCIS FORD,**
*Defendant – Appellant.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA AT ALEXANDRIA**

**RESPONSE TO APPELLANT'S MOTION FOR NEW COUNSEL**

**Ryan Campbell**
**King, Campbell, Poretz & Mitchell, PLLC**
**108 N. Alfred Street**
**Alexandria, VA 22314**
**(703) 683-7070**
*Counsel for Appellant*

THIS MATTER COMES before the Court on motion of the Appellant, FRANCIS FORD, who filed a pro se pleading with this Court requesting the appointment of new counsel and alleging that counsel has not communicated with him regarding the status of his appeal and alleging that counsel is ineffective without further elaboration. Counsel files this Response in accord with this Court's direction to do so. As grounds for this motion, counsel states and argues as follows:

1. Counsel has no objection to Mr. Ford's request. Counsel, however, denies the claims in Mr. Ford's motion. A briefing order was issued on August 16th. Transcripts have already been prepared and Counsel has communicated with the United States regarding the filing of a joint appendix and counsel is confident that a joint appendix will be filed prior to the September 20, 2023 deadline. Counsel was on family leave from July 27 to August 21. Counsel will advise Mr. Ford of the status of the appeal.

2. This is an appeal from a guilty plea and sentencing where Mr. Ford was sentenced within the guidelines and below the statutory maximum. There were no pretrial motions or litigation. There were some objections to the USSG calculations which were resolved against the Appellant. There were otherwise no objections or errors preserved in the record. Counsel represented Mr. Ford in the court below.

WHEREFORE, undersigned counsel respectfully requests that this Court

permit him to withdraw from this matter, appointed new counsel for the appeal, and reset any deadlines for the appeal including the time for ordering and filing transcript.

                                                             Respectfully submitted,
                                                             FRANCIS FORD
                                                             By Counsel

_____/s/_____
Ryan Campbell, Esq. (VSB No. 48157)
King, Campbell, Poretz & Mitchell, PLLC
118 N. Alfred Street
Alexandria, Virginia 22314
Ph: 703-683-7070
Fax: 703-836-0445
rcampbell@kingcampbell.com
Counsel for Appellant

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 11th day of September, 2023, I caused this Motion to Withdraw be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to following users:

Jacquelin Romy Bechara
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
Jacquelin.bechera@usdog.gov

I further certify that on this 11th day of September, 2023, I mailed via USPS first class mail a copy of this motion to the Appellant at:

Francis Ford
Register No. 36036-510
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

                                                                       __/s/__Ryan Campbell_____
                                                        Ryan Campbell, Esq. (VSB No. 48157)
                                                        King, Campbell & Poretz, PLLC
                                                        108 N. Alfred Street
                                                         Alexandria, Virginia 22314
                                                        Ph: 703-683-7070
                                                         Fax: 703-652-6010
                                                        rcampbell@kingcampbell.com
                                                        Counsel for Appellant