FILED: September 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4311
(1:23-cr-00010-LMB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

FRANCIS FORD

      Defendant - Appellant

_____

O R D E R
_____

The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk